**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JACOB BOWMAN,<br><br>        Petitioner,<br><br>    v.<br><br>KEVIN MILYARD,<br><br>        Respondent. | NO. C08-0743-RAJ-MAT<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER<br>(~~Proposed~~) |

The Court, having considered the Respondent's motion for an extension of time, the Declaration of John J. Samson, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to September 15, 2008 to file an answer to the petition for a writ of habeas corpus is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this <u>22nd</u> day of August, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:
ROBERT M. MCKENNA
Attorney General

/s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General